```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 16020
  DANIEL T POETZINGER
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

       Debtor
  SSN XXX-XX-9083


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/05/06 and confirmed on 03/07/07.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  15000.00 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
WELLS FARGO HOME MORT    CURRENT MORTG          .00           .00           .00
WELLS FARGO HOME MORT    MORTGAGE ARRE      2096.00           .00       2096.00
WILL COUNTY TREASURER    SECURED                .00           .00           .00
CHICAGO ELECTRICAL INDUS SECURED VEHIC          .00           .00           .00
ECAST SETTLEMENT CORPORA UNSECURED         14466.26           .00       2756.53
ECAST SETTLEMENT CORPORA UNSECURED         12121.27           .00       2309.69
DISCOVER BANK            UNSECURED         10029.31           .00       1911.07
OMNIUM WOLDWIDE INC      UNSECURED         NOT FILED          .00           .00
VISA                     UNSECURED         NOT FILED          .00           .00
CREDIT UNION 1           UNSECURED         13709.16           .00       2612.26
         Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   2096.00          .00     50326.00        .00     52422.00
PRINCIPAL PAID       2096.00          .00      9589.55        .00     11685.55
INTEREST PAID            .00          .00          .00        .00          .00
TOTAL PAID           2096.00          .00      9589.55        .00     11685.55
The Debtor's attorney, PATRICK A MESZAROS              , was allowed $   3000.00
and was paid $    500.00  direct and $   2500.00  through the plan.

The Trustee received $    814.45 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 10/08/08
/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 16020 DANIEL T POETZINGER